No. A–580 (72–804). RUCKELSHAUS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY v. SIERRA· CLUB ET AL. C. A. D. C. Cir. Application for stay presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending this Court's action on the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this order is to terminate automatically. In the event the petition for writ of certiorari is granted, this order is to remain in effect pending the sending down of the judgment of this Court. MR. JUSTICE DOUGLAS would deny the stay.

No. A–600. HAMPTON, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. v. FITZGERALD ET AL. C. A. D. C. Cir. Application for extension of time to file petition for writ of certiorari presented to THE CHIEF JUSTICE, and by him referred to the Court, granted. It is ordered that the time for filing such petition be, and the same is hereby, extended to and including January 13, 1973.

No. 71–1193. UNITED STATES v. ENMONS ET AL. Appeal from D. C. E. D. La. [Probable jurisdiction noted, 406 U. S. 916.] Motion of appellees for leave to file supplemental brief after argument granted.